Kenneth R. JAMES, Appellant,

v.

T.C. OUTLAW, Warden, Appellee.

No. 04–2873.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 3, 2005.

Decided: Aug. 9, 2005.

Kenneth James, Salt Lake City, UT, pro se.

Lonnie F. Bryan, Asst. U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Kenneth James appeals the district court's [1] denial of his motion to reopen his 28 U.S.C. § 2241 petition, in which he had alleged the wrongful revocation of good-time credits. Having carefully reviewed the record, we conclude the case is moot: James was released from prison while the appeal was pending, return of the good-time credits at issue would have no effect on his current term of supervised release, and at this time we see no collateral consequences from the challenged disciplinary action. *See United States v. Johnson,* 529 U.S. 53, 54–59, 120 S.Ct. 1114, 146 L.Ed.2d 39 (2000) (supervised release begins when prisoner is released from prison; excess prison time served cannot offset term of supervised release); *cf. Leonard v. Nix,* 55 F.3d 370, 372–73 (8th Cir.1995) (release of prisoner (subsequently reincarcerated) did not moot habeas petition where chal-

lenged disciplinary had collateral consequences).

Accordingly, we dismiss this appeal.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.